**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JOHN P. KLEMM & DEBRA L. KLEMM          Case Number: 04-75249
105 DAYFLOWER CIRCLE                SSN-xxx-xx-7819 & xxx-xx-8424
DAVIS JUNCTION, IL  61020

Case filed on: 10/19/2004
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,496.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | AQUA FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | TRAINER, COHEN & THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 518.00 | 518.00 | 518.00 | 0.00 |
| 010 | OGLE COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 518.00 | 518.00 | 518.00 | 0.00 |
| 999 | JOHN P. KLEMM | 0.00 | 0.00 | 184.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 184.00 | 0.00 |
| 001 | DEALER FINANCIAL SERVICES | 500.00 | 500.00 | 500.00 | 59.08 |
| 003 | BANK ONE | 3,000.00 | 3,000.00 | 3,000.00 | 431.56 |
| 005 | EINSTEIN COMPUTER CORPORATION | 200.00 | 200.00 | 200.00 | 28.49 |
| 006 | LOUETTA LIVINGSTON | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 007 | TIME INVESTMENTS | 800.00 | 800.00 | 800.00 | 141.11 |
| 041 | ROLLING MEADOWS MOBILE HOME PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 5,500.00 | 5,500.00 | 5,500.00 | 660.24 |
| 001 | DEALER FINANCIAL SERVICES | 2,124.30 | 2,124.30 | 787.21 | 0.00 |
| 003 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | EINSTEIN COMPUTER CORPORATION | 499.60 | 499.60 | 185.14 | 0.00 |
| 007 | TIME INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MIDWEST MONEY EXCHANGE/ | 340.00 | 340.00 | 126.00 | 0.00 |
| 012 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DYMACOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CW SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DEKALB DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DR. JANUSZ SKWARK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FEDERAL COLLECTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CW SERVICES | 325.00 | 325.00 | 120.44 | 0.00 |
| 026 | CW SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 633.35 | 633.35 | 234.70 | 0.00 |
| 028 | OSF LIFELINE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ASSET ACCEPTANCE CORP | 1,271.83 | 1,271.83 | 471.31 | 0.00 |
| 031 | ROCKFORD MERCANTILE AGENCY INC | 1,472.75 | 1,472.75 | 545.77 | 0.00 |
| 033 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 6,666.83 | 6,666.83 | 2,470.57 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 15,048.83 | 15,048.83 | 11,036.57 | 660.24 |
|---|---|---|---|---|---|

Total Paid Claimant:    $11,696.81
Trustee Allowance:    $799.19
Percent Paid Unsecured:    37.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan